

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES OF AMERICA

v.

No.: 7:15-CR-013-O

RYAN ANTHONY WINNER (01)

# AMENDED FACTUAL RESUME

**INDICTMENT:** Counts One and Two:
Production of Child Pornography in violation of 18 U.S.C. § 2251(a).

**PLEA:** Guilty plea to Counts One and Two

**MAXIMUM PENALTY:** For **each** count, the maximum penalty is

- Term of imprisonment for not less than fifteen (15) years and not more than thirty (30) years in prison;
- A fine up to the amount of $250,000, or twice the pecuniary gain or twice the pecuniary loss;
- A mandatory special assessment of $100; further, upon conviction, unless the Court finds the defendant to be indigent, an additional mandatory special assessment of $5000 must also be imposed pursuant to 18 U.S.C. § 3014 for offenses occurring on or after May 29, 2015;
- A term of supervised release of five (5) years up to any term of years to life. Revocation of the term of supervised release could result in an additional sentence of up to the term of supervised release.
- Restitution to the victim or to the community, which may be mandatory under the law; and
- Costs of incarceration and supervision.

**ELEMENTS OF THE OFFENSE:** In order to establish the offenses alleged in each count of the Indictment, the Government must prove the following elements beyond a reasonable doubt for each count:

First: That on or about the date set forth in the indictment, the defendant did knowingly use a minor to engage in sexually explicit conduct;

Second: The defendant acted with the intent of producing any visual depiction of such conduct; and

Third: That the depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce.

**STIPULATION OF FACTS:**

1. On or about May 29, 2015, in the Wichita Falls Division of the Northern District of Texas, and elsewhere, defendant Ryan Anthony Winner did knowingly employ, use, persuade, and entice a minor, MV1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, Winner used an HP laptop computer to produce the following visual depiction of MV1, a minor engaged in sexually explicit conduct:

| Forensic file designation | Description |
|---|---|
| MAH00112.MP4 | A video file depicting MV1 standing nude in front of a truck. About four seconds into the video, the camera focuses on the child's genitals for approximately five seconds. |

2. On or about August 12, 2014 in the ~~Fort Worth~~ Wichita Falls [handwritten: RAS WCS W] Division of the Northern District of Texas, and elsewhere, defendant Ryan Winner did knowingly employ, use, persuade, and entice a minor, MV1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, Winner used an HP laptop computer and a Kodak Z740 Zoom Digital Camera to produce the following visual depiction of MV1, a minor engaged in sexually explicit conduct:

| Forensic File Designation | Description of Image |
| --- | --- |
| 100_3953.jpg | A still image of MV1 performing oral sexual intercourse on an adult male. |

3.  Homeland Security Investigations agents conducted a search of Winner's home and Winner's parents' home on July 20, 2015. In a voluntary interview, Winner told agents that they would find evidence of child pornography on a silver HP laptop located at his parents' home, which is located in the Northern District of Texas, Wichita Falls Division.

4.  Forensic agents located Winner's HP laptop computer, serial number CNF04885HL, at his parents' home and identified several files depicting MV1 and Winner swimming nude outdoors at night. One of the files, "MAH00112.MP4," is a video file depicting MV1 standing nude in front of a truck before they get into the water. About four seconds into the video, the camera focuses on the child's genitals for approximately five seconds. Winner told agents that in May 2015, he had taken MV1 on a camping trip where he and MV1 had gone "skinny dipping," and he recalled taking the videos during the camping trip.

5.  Additional forensics of the HP laptop computer revealed the existence of file "100_3953.jpg," a still image of MV1 performing oral sexual intercourse on an adult male. The image appears to have been taken at the church where Winner worked as a youth minister. Winner acknowledged that he had sexual contact with MV1 at church, which is located in Olney, Texas.

6.  Winner agrees that the HP laptop computer and the Kodak Z740 Zoom Digital Camera used to produce the visual depictions were manufactured in China; therefore, the visual depictions were produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce.

7.  At the time of the creation of the visual depictions identified in Count One and Two of the indictment, MV1, who resides in the Northern District of Texas, Wichita Falls Division, was eight years of age or younger.

SIGNED and AGREED to on this the 15th day of September, 2015.

_____     _____
RYAN ANTHONY WINNER                 CHUCK SMITH
Defendant                           Attorney for Defendant

      I have been advised, and understand, that under the Sex Offender Registration and Notification Act, a federal law, I must register and keep the registration current in each of the following jurisdictions: where I reside; where I am an employee; and where I am a student. I understand that the requirements for registration include providing my name, my residence address, and the names and addresses of any places where I am or will be an employee or a student, among other information. I further understand that the requirement to keep the registration current includes informing at least one jurisdiction in which I reside, am an employee, or am a student not later than three business days after any change of my name, residence, employment, or student status. I have been advised, and understand, that failure to comply with these obligations subjects me to prosecution for failure to register under federal law, 18 U.S.C. Section 2250, which is punishable by a fine or imprisonment or both.

_____       9/15/15
RYAN ANTHONY WINNER                       Date

      I am the defendant's counsel. I have carefully reviewed every part of this Factual Resume with the defendant, including the notice that he is required to register as a sex offender. To my knowledge and belief, my client's decision to enter into this Factual Resume is an informed and voluntary one.

_____      September 15, 2015
CHUCK SMITH                                  Date
Attorney for Defendant